HEATHER E. WILLIAMS, #122664
Federal Defender
ANGELES ZARAGOZA, #270198
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARCO BARRERA-REYES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr.S. 13-171-LKK |
| Plaintiff, ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. ) | |
| MARCO BARRERA-REYES ) | DATE: July 2, 2013 |
| ) | TIME: 9:15 a.m. |
| Defendant. ) | JUDGE: Hon. Lawrence K. Karlton |
| _____ ) | |

MARCO BARRERA-REYES by and through his counsel, ANGELES ZARAGOZA Assistant Federal Defender and NIRAV DESAI Assistant United States Attorney, hereby agree that the status conference set for June 25, 2013, be continued to July 2, 2013, at 9:15 a.m..

This continuance is being requested because defense counsel will be in a jury trial the week of June 25, 2013 and requires additional time.

Counsel, along with the defendants, agree that the time from the date of this order through July 2, 2013, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, §§3161(h)(7)(A)and(B)(iv) and Local Code T4, [reasonable time to prepare] and that the ends of justice served by this continuance outweigh the best interests of the public and the

defendants in a speedy trial.

DATED: June 14, 2013          Respectfully submitted,

                              HEATHER E. WILLIAMS
                              Federal Defender

                              /S/ Angeles Zaragoza
                              ANGELES ZARAGOZA
                              Assistant Federal Defender
                              Attorney for Defendant
                              MARCO BARRERA-REYES


DATE: June 14, 2013           BENJAMIN B. WAGNER
                              United States Attorney


                              /S/ Angeles Zaragoza for
                              NIRAV DESAI
                              Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that this matter is continued to Tuesday, July 2, 2013, at 9:15 a.m., for further Status Conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, the period from the date of this stipulation up to and including July 2, 2013, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Dated: June 17, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2